UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOXIE ODOM #273646** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-1543** |
| **JEFFREY TRAVIS, WARDEN** | **SECTION: "I" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Toxie Odom, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Toxie Odom** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this    13th    day of August, 2007.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**